LINDA DAURIA et al., Appellants, v CASTLEPOINT INSURANCE COMPANY et al., Defendants, and FRANK CAMPO, Respondent.

Decided November 18, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.